IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>NOVEMBER HTOO,<br><br>Defendant. | No. 3:26-mj-00263-2<br><br>NOTICE OF APPEAL<br>(FRAP 9(a) Appeal)x |

Notice is hereby given that Defendant November Htoo, by and through counsel of record, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order of Detention Pending Trial entered in this action on September 30, 2026 (ECF No. 28).

This appeal is taken pursuant to 18 U.S.C. § 3145(c) and Federal Rule of Appellate Procedure 9(a).

Respectfully Submitted this 13th day of October, 2026:

/s/ *Matthew G. McHenry*
Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
T: 503.546.3927
Email: matthew@levinemchenry.com
Attorney for Defendant November Htoo